■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY BERNARD, Appellant. (Appeal No. 2.) [982 NYS2d 420]—

Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered May 29, 2008. The judgment convicted defendant, upon a jury verdict, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Bernard* (115 AD3d 1214 [2014]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.